## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ERICA R. ZIMMERMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 11-CV-0073-CVE-TLW** |
| | ) | |
| **AHS TULSA REGIONAL MEDICAL** | ) | |
| **CENTER, LLC, d/b/a Oklahoma State** | ) | |
| **University Medical Center,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Before the Court is the motion for admission *pro hac vice* (Dkt. # 10).  For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that Christopher M. Caiaccio is admitted *pro hac vice* for the limited purpose of representing defendant in the above-captioned matter.

**Counsel is directed to become familiar with the Local Rules of this District.  Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 14th day of February, 2011.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT